**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Case No. 14-cv-01724-REB-NYW

RONALD L. ANDERSON,

    Plaintiff,

v.

RED ROCKS, LLC, a South Carolina limited liability company,
J. CHRIS LINDGREN, and
MARCY M. LINDGREN,

    Defendants.

---

**ORDER ADOPTING RECOMMENDATION OF THE
UNITED STATES MAGISTRATE JUDGE**

---

**Blackburn, J.**

    The matter before me is the recommendation to continue the trial in this matter contained in the **Recommendation of United States Magistrate Judge** [#30],[1] filed June 19, 2014. No objection having been filed to the recommendation, I review it for plain error only. *See Morales-Fernandez v. Immigration & Naturalization Service*, 418 F.3d 1116, 1122 (10th Cir. 2005). Finding no such error in the magistrate judge's recommended disposition, I find and conclude that the recommendation should be approved and adopted.

    **THEREFORE, IT IS ORDERED** as follows:

---

[1] "[#30]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

1. That the **Recommendation of United States Magistrate Judge** [#40], filed June 19, 2014, is approved and adopted as an order of this court;

2. That plaintiff's **Motion for Clerk's Judgment Pursuant to Fed. R. Civ. P. 64(a) and C.R.C.P. 103 Section 2(g) and (h)** [#27], filed June 18, 2014, is granted;

3. That plaintiff's **Motion for Clerk's Judgment Pursuant to Fed. R. Civ. P. 64(a) and C.R.C.P. 103 Section 2(g) and (h)** [#28], filed June 18, 2014, is granted;

4. That judgment shall enter in favor of the judgment debtor, J. Chris Lindgren, for the use of the judgment creditor, Ronald L. Anderson, and against garnishee, Alpine Bank, in the amount of $400.17;

5. That judgment shall enter in favor of the judgment debtor, J. Chris Lindgren, for the use of the judgment creditor, Ronald L. Anderson, and against garnishee, Mountain Haus Condominium Association, in the amount of $2,935.62; and

6. That the garnishees shall pay their respective funds to West Brown PC at the following address:

> Erin C. Hunter, Esq.
> West Brown PC
> 100 S. Ridge Street, Suite 204
> P.O. Box 588
> Breckenridge, Colorado 80424.

Dated March 25, 2015, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge

2