**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-01724-REB-NYW

RONALD L. ANDERSON,

      Plaintiff,

v.

RED ROCKS, LLC, a South Carolina limited liability company,
J. CHRIS LINDGREN, and
MARCY M. LINDGREN,,

      Defendants.

---

## FINAL JUDGMENT

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the ORDER ADOPTING RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE of Judge Robert E. Blackburn entered on March 25, 2015 it is

ORDERED that judgment is entered in favor of the judgment debtor, J. Chris Lindgren, for the use of the judgment creditor, Ronald L. Anderson, and against garnishee, Alpine Bank, in the amount of $400.17, four hundred dollars and seventeen cents, with post-judgment interest at the rate of .25%;

ORDERED that judgment is entered in favor of the judgment debtor, J. Chris Lindgren, for the use of the judgment creditor, Ronald L. Anderson, and against garnishee, Mountain Haus Condominium Association, in the amount of $2,935.62, two thousand nine hundred thirty-five dollars and sixty two cents, with post-judgment interest at the

rate of .25%;

That the garnishees shall pay their respective funds to West Brown PC at the following address:

Erin C. Hunter, Esq.
West Brown PC
100 S. Ridge Street, Suite 204
P.O. Box 588
Breckenridge, Colorado 80424.

Dated at Denver, Colorado this 25th day of March, 2015.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By: s/ K. Finney

K. Finney
Deputy Clerk